## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of
JULIE HARVEY,

Plaintiff,

v.

ALTERNATIVE RESOURCES CORPORATION,

Defendants.

Case No. 05C 4253
Judge Hart
Magistrate Judge Nolan

**FILED**
AUG X 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: ALTERNATIVE RESOURCES CORPORATION.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Marc Jacobs | NAME Alissa L. Gilfand |
| FIRM Seyfarth Shaw | FIRM Seyfarth Shaw LLP |
| STREET ADDRESS 55 East Monroe Street, Suite 4200 | STREET ADDRESS 55 East Monroe Street, Suite 4200 |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP Chicago, Illinois 60603 |
| TELEPHONE NUMBER (312) 346-8000 | TELEPHONE NUMBER (312) 346-8000 |
| IDENTIFICATION NUMBER 06191561 | IDENTIFICATION NUMBER 6272618 |
| MEMBER OF TRIAL BAR? YES □ NO □ | MEMBER OF TRIAL BAR? YES □ NO □ |
| TRIAL ATTORNEY? YES □ NO □ | TRIAL ATTORNEY? YES □ NO □ |
| | DESIGNATED AS LOCAL COUNSEL? YES □ NO □ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES □ NO □ | MEMBER OF TRIAL BAR? YES □ NO □ |
| TRIAL ATTORNEY? YES □ NO □ | TRIAL ATTORNEY? YES □ NO □ |
| DESIGNATED AS LOCAL COUNSEL? YES □ NO □ | DESIGNATED AS LOCAL COUNSEL? YES □ NO □ |

5

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 5th day of August, 2005, she caused a true and correct copy of the foregoing APPEARANCE to be served via U.S. Mail, upon the following counsel of record:

> David C. Thollander, Esq.
> The Thollander Law Firm
> 1048 Ogden Avenue, Suite 200
> Downers Grove, IL 60515

_____
Alissa L. Gilfand

CH1 10936842.1