**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KC **F I L E D**

SEP 2 7 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JULIE HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Judge William T. Hart |
| v. | ) Magistrate Judge Nan R. Nolan |
| | ) No. 05 C 4253 |
| ALTERNATIVE RESOURCES | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW
## THE APPEARANCE OF ALISSA L. GILFAND

Defendant, ALTERNATIVE RESOURCES CORPORATION, hereinafter

("Defendant"), respectfully moves this Court for leave to withdraw the appearance of Alissa L.

Gilfand. In support of its motion, Defendant states:

1. Ms. Gilfand is no longer employed with Seyfarth Shaw, LLP.

2. Defendant requests an order withdrawing the appearance of Ms. Gilfand as

counsel in this matter.

3. Marc R. Jacobs and Rebecca P. Bromet continue to represent Defendant in this

matter.

4. Plaintiff's counsel, David C. Thollander, does not oppose this motion.

-2-

WHEREFORE, based on the foregoing, Defendant respectfully moves this Court for leave to withdraw the appearance of Alissa L. Gilfand.

**DATED: September 27, 2005**

Respectfully submitted,
ALTERNATIVE RESOURCES
CORPORATION

By _____
One of Its Attorneys

Marc R. Jacobs
Rebecca P. Bromet
SEYFARTH SHAW LLP
55 East Monroe Street
Chicago, Illinois 60603
(312) 346-8000

-2-

## CERTIFICATE OF SERVICE

Rebecca P. Bromet, an attorney, certifies that she caused a true and correct copy of the

foregoing DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW THE APPEARANCE

OF ALISSA L. GILFAND to be served upon:

> David C. Thollander
> The Thollander Law Firm
> 1048 Ogden Avenue
> Suite 200
> Downers Grove, Illinois 60515

by having same sent via U.S. Mail, proper postage prepared, from 55 East Monroe Street,

Chicago, Illinois this 27th day of September, 2005.

_____
Rebecca P. Bromet

CH1 10959212.1